REDACTED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 08- 130 |
| | ) | |
| EDWARD BROSKY, | ) | |
| | ) | |
| Defendant. | ) | |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### Counts 1-11

From, on or about July 14, 2006, through on or about July 7, 2008, in the State and District of Delaware, the defendant, EDWARD BROSKY, did knowingly receive in interstate and foreign commerce by any means, including by computer, any child pornography, the production of which involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct; that is, EDWARD BROSKY did knowingly receive multiple computer files containing visual depictions of minors engaged in sexually explicit conduct, including but not limited to actual and simulated sexual intercourse, masturbation, and the lascivious exhibition of the genitals and pubic area, the dates being described more particularly as on or about:

| *Count* | *Date Received* |
|---|---|
| 1 | July 14, 2006 |
| 2 | June 6, 2007 |

| | |
|---|---|
| 3 | August 7, 2007 |
| 4 | May 21, 2008 |
| 5 | May 29, 2008 |
| 6 | June 11, 2008 |
| 7 | June 12, 2008 |
| 8 | June 13, 2008 |
| 9 | June 26, 2008 |
| 10 | June 27, 2008 |
| 11 | July 7, 2008 |

All in violation of Title 18, United States Code, Sections 2252A(a)(2) and 2256(8)(A).

## Count 12

On or about July 30, 2008, in the State and District of Delaware, the defendant, EDWARD BROSKY, did knowingly possess any computer disk and any other material that contained images of child pornography that had been mailed and shipped and transported in interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed and shipped and transported in interstate and foreign commerce by any means, including by computer; that is, EDWARD BROSKY did knowingly possess computer hard drives and removable digital media that contained multiple computer files containing visual depictions of minors engaged in sexually explicit conduct, including but not limited to actual and simulated sexual intercourse, masturbation, and the lascivious exhibition of the genitals and pubic area, in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2256(8)(A).

**Counts 13-23**

From, on or about July 14, 2006, through on or about July 7, 2008, in the State and District of Delaware, the defendant, EDWARD BROSKY, did knowingly receive multiple computer files containing visual depictions that are obscene and that are or appear to be of minors engaged in sexually explicit conduct, including but not limited to actual or simulated sexual intercourse, masturbation and the lascivious exhibition of the genitals or pubic area, which images had been shipped and transported in interstate and foreign commerce by any means, including by computer, and which images had been produced using materials that had been shipped and transported in interstate and foreign commerce by any means, including by computer, the dates being described more particularly as on or about:

| _Count_ | _Date Received_ |
|---|---|
| 13 | July 14, 2006 |
| 14 | June 6, 2007 |
| 15 | August 7, 2007 |
| 16 | May 21, 2008 |
| 17 | May 29, 2008 |
| 18 | June 11, 2008 |
| 19 | June 12, 2008 |
| 20 | June 13, 2008 |
| 21 | June 26, 2008 |
| 22 | June 27, 2008 |
| 23 | July 7, 2008 |

All in violation of Title 18, United States Code, Sections 1466A(a), 2252A(b)(1) and 2256(2).

3

## Forfeiture Count

Upon conviction for violating Title 18, United States Code, Sections 1466A or 2252A, as set forth in Counts 1 through 23, the defendant, EDWARD BROSKY, shall forfeit to the United States any and all matter that contains visual depictions of child pornography or visual depictions that are or appear to be of minors engaged in sexually explicit conduct, that are produced, transported, shipped, received or possessed in violation thereof; any property constituting or derived from any proceeds EDWARD BROSKY obtained directly or indirectly as a result of the aforementioned violations; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violations, including but not limited to the following:

1. NEC Versa Laptop Computer, Model No. Pc-69138919045, Serial No. 8880129FC;

2. Desktop Computer "powered by Asus" (No manufacturer information, model no. or serial no.);

3. Desktop Computer "powered by ASUS", SKU No. 250076;

4. One (1) IBM desk star hard drive, Model No. DTLA307030, Serial No. YKM66795;

5. One (1) Maxtor Fireball 40 GB Hard Drive, Model No. 3 ATA/133 HDD;

6. One (1) SanDisk 512 MB thumb drive;

7. One (1) Cruzer Micro 2 GB thumb drive;

8. One (1) Atom Drive 12 GB Removable Hard Disk Drive, Model No. Atom 120Q5, Serial No. 50313-010321;

9. One (1) Apower External Hard Drive, Model No. AP350D5L;

10. One (1) Dynex External Hard Drive;

11. One (1) Seagate 40 GB Hard Drive, Model No. ST34DO14A, Serial No. 5TXDF342;

12. One (1) Fujifilm 64 MB Memory Card;

13. One hundred forty six (146) DVDs;

14. Sixty (60) CDs;

15. Nineteen (19) DLT Tapes;

16. One hundred ninety (190) 3.5" Floppy Disks; and

17. Various pages of handwritten and typewritten notes regarding child sexual exploitation.

pursuant to Title 18, United States Code, Sections 1467 and 2253.

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
UNITED STATES ATTORNEY

By: _____
Edward J. McAndrew
Assistant United States Attorney

Dated: August 26, 2008

5