THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 08-130 JJF |
| EDWARD BROSKY, | : |
| Defendant. | : |

**MEMORANDUM ORDER**

The Defendant has filed a Motion To Seal Defendant's Sentencing Letter and Attachments on the grounds the Letter reveals information similar to the information included in a Presentence Investigation Report, which Defendant understands is sealed.[1]

The Court considers a sentencing memorandum submitted by a Defendant or the Government to be in the nature of advocacy by a party similar to what is presented at a Sentencing Hearing.

Thus, unless a party establishes good cause to support an application to seal such material, the Court concludes the information submitted to the Court should be part of the public record.

---

[1] Presentence Investigation Reports are prepared by the Court's Probation Office. Except for the Recommendation and suggested Statement of Reasons portions of the Report, the Report is distributed to the parties, and although not docketed, the Report is not sealed.

THEREFORE, IT IS HEREBY ORDERED that the Motion To Seal (D.I. 25) is DENIED , except for Attachments A & B, which are Ordered SEALED as medical/psychological records.

June 5, 2009
DATE

UNITED STATES DISTRICT JUDGE