AO 245B   (Rev. 06/05) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
## District of Delaware

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| EDWARD BROSKY | Case Number: CR 08-130-JJF |
| | USM Number: 05491-015 |
| | Christopher S. Koyste, Esq. |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s)   XII OF THE INDICTMENT

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:2252A(a)(5)(B) and (b)(2) | Possession of child pornography | 7/30/2008 | XII |
| | | | |
| | | | |

The defendant is sentenced as provided in pages 2 through   7   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s)   1-11 AND 13-23   ☐ is   ☒ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

1/13/2010
Date of Imposition of Judgment

_[signature]_
Signature of Judge

Honorable Joseph J. Farnan, Jr., United States District Judge
Name and Title of Judge

1/15/10
Date

AO 245B     (Rev. 06/05) Judgment in Criminal Case
            Sheet 2 Imprisonment

DEFENDANT: EDWARD BROSKY
CASE NUMBER: CR 08-130-JJF

Judgment Page 2 of 7

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: TIME SERVED

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B   (Rev. 06/05) Judgment in a Criminal Case
          Sheet 3 Supervised Release

**DEFENDANT:** EDWARD BROSKY
**CASE NUMBER:** CR 08-130-JJF

Judgment Page 3 of 7

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 5 YEARS

    The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.
The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

- [x] The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)
- [x] The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)
- [x] The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)
- [x] The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)
- [ ] The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

    If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.
    The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

### STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
           Sheet 3 A Supervised Release

DEFENDANT: EDWARD BROSKY  
CASE NUMBER: CR 08-130-JJF

Judgment Page 4 of 7

## ADDITIONAL SUPERVISED RELEASE TERMS

1) DEFENDANT SHALL PROVIDE THE PROBATION OFFICER WITH ACCESS TO ANY REQUESTED FINANCIAL INFORMATION.

2) DEFENDANT SHALL PARTICIPATE IN A MENTAL HEALTH AND OR/SEX OFFENDER TREATMENT PROGRAM, AT THE DIRECTION OF THE PROBATION OFFICER WHICH MAY INCLUDE A PSYCHOSEXUAL EVALUATION, AND ABEL ASSESSMENT FOR SEXUAL INTEREST, RISK ASSESSMENT TESTING, AND COUNSELING. THE PROBATION OFFICER, UNDER THE DIRECTION OF THE COURT, SHALL SUPERVISE THE SELECTION OF THE PROGRAM AND ALL ADMINISTRATIVE DETAILS OF DEFENDANT'S PARTICIPATION IN THE PROGRAM. DEFENDANT WILL ALSO WAIVE ALL RIGHTS OF CONFIDENTIALITY REGARDING SUCH TREATMENT AND EVALUATION TO ALLOW THE RELEASE OF INFORMATION TO THE PROBATION OFFICER AND THE COURT, AND SHALL ALLOW FREE COMMUNICATION BETWEEN THE PROBATION OFFICER, THE COURT AND THE TREATMENT PROVIDER.

3) DEFENDANT SHALL SUBMIT A TRUTHFUL AND COMPLETE SEX OFFENDER MONTHLY REPORT WITHIN THE FIRST FIVE DAYS OF EACH MONTH.

4) DEFENDANT SHALL SUBMIT TO A RANDOM POLYGRAPH EXAMINATION, ON SUBJECTS RELATED TO MONITORING SUPERVISION AND TREATMENT OF THIS CASE, AT THE DIRECTION OF THE PROBATION OFFICER. SUCH EXAMINATIONS SHALL BE ADMINISTERED BY A CERTIFIED EXAMINER. DEFENDANT SHALL BE REQUIRED TO CONTRIBUTE TO THE COST OF THE POLYGRAPH EXAMINATIONS TO THE EXTENT HE HAS THE ABILITY TO PAY.

5) DEFENDANT SHALL NOT OWN OR OPERATE A PERSONAL COMPUTER WITH INTERNET ACCESS IN THE HOME, OR ANY OTHER LOCATION, INCLUDING EMPLOYMENT. THIS IS AN INITIAL PROHIBITION WHICH THE COURT WILL TERMINATE WHEN (1) DEFENDANT HAS BEEN IN COMPLIANCE WITH ALL CONDITIONS OF SUPERVISION FOR AT LEAST ONE YEAR; (2) DEFENDANT HAS NOT DEMONSTRATED DECEPTION ON ANY POLYGRAPH EXAMINATIONS AND/OR HAVE NOT MADE ANY ADMISSIONS OR DISCLOSURES INDICATING RISK BEHAVIORS; AND (3) DEFENDANT'S COURT APPOINTED MENTAL HEALTH AND/OR SEX OFFENDER THERAPIST AND COUNSELORS ALL AGREE THAT THE TERMINATION OF THE PROHIBITION WILL AID IN DEFENDANT'S REHABILITATION.

6) IF DEFENDANT IS GRANTED INTERNET ACCESS BY THE COURT: (1) DEFENDANT SHALL PROVIDE A COMPLETE RECORD OF ALL PASSWORDS AND USER IDENTIFICATIONS, BOTH PAST AND PRESENT, TO THE U.S. PROBATION OFFICE, AND SHALL NOT MAKE ANY CHANGES WITHOUT PRIOR WRITTEN APPROVAL OF THE COURT; (2) DEFENDANT SHALL COMPLY WITH THE REQUIREMENTS OF ANY COMPUTER/INTERNET USAGE MONITORING PROGRAM ESTABLISHED AND ADMINISTERED BY THE U.S. PROBATION OFFICE; (3) DEFENDANT SHALL NOT INTERFERE WITH THE INSTALLATION OF MONITORING SOFTWARE ON ANY COMPUTER OR ELECTRONIC DEVICE TO WHICH DEFENDANT HAS ACCESS. THE SOFTWARE MAY RESTRICT AND/OR RECORD ANY ACTIVITY ON THE COMPUTER OR DEVICE, INCLUDING THE CAPTURE OF KEYSTROKES, APPLICATION DATA, INTERNET USE HISTORY, EMAIL AND INSTANT MESSAGE APPLICATIONS, AND ONLINE CHAT CONVERSATIONS. A NOTICE WILL BE PLACED ON THE COMPUTER OR DEVICE AT THE TIME OF INSTALLATION TO WARN OTHERS OF THE EXISTENCE OF THE MONITORING SOFTWARE. DEFENDANT SHALL NOT REMOVE, TAMPER WITH, REVERSE ENGINEER, OR IN ANY WAY CIRCUMVENT THE MONITORING SOFTWARE.

AO 245B   (Rev. 06/05) Judgment in a Criminal Case
         Sheet 3B Supervised Release

DEFENDANT: EDWARD BROSKY
CASE NUMBER: CR 08-130-JJF

Judgment Page 5 of 7

## ADDITIONAL STANDARD CONDITIONS OF SUPERVISION

7) DEFENDANT SHALL COMPLY WITH THE TERMS OF ANY WEBSITE OR INTERACTIVE COMPUTER SERVICE THAT HE MAY ACCESS, INCLUDING PROHIBITIONS AGAINST USE BY CONVICTED SEX OFFENDERS.

8) DEFENDANT SHALL NOT RESIDE WITHIN 500 FEET OF A SCHOOL, PLAYGROUND, OR DAYCARE CENTER.

9) DEFENDANT SHALL NOT VISIT OR LIVE AT A RESIDENCE WHERE THERE ARE CHILDREN PRESENT WITHOUT THIRD PARTY NOTIFICATION AND WITHOUT PRIOR APPROVAL OF THE COURT. DEFENDANT SHALL NOT INVITE OR OTHERWISE ENCOURAGE ANYONE UNDER THE AGE OF 18 TO VISIT HIS LIVING QUARTERS.

10) DEFENDANT IS RESTRICTED FROM ENGAGING IN ANY OCCUPATION, BUSINESS, PROFESSION, OR VOLUNTARY ACTIVITY THAT INCLUDES CONTACT WITH CHILDREN WITHOUT PRIOR WRITTEN PERMISSION FROM THE COURT. AT THE DIRECTION OF THE PROBATION OFFICER, DEFENDANT SHALL DISCLOSE THE NATURE OF HIS CONVICTION TO ANY SUCH OCCUPATION, BUSINESS, PROFESSION, OR VOLUNTARY ACTIVITY THAT INCLUDES CONTACT WITH CHILDREN.

11) DEFENDANT SHALL NOT POSSESS OR VIEW ANY MATERIALS INCLUDING PICTURES, PHOTOGRAPHS, BOOKS, WRITINGS, DRAWINGS, OR VIDEO GAMES DEPICTING AND/OR DESCRIBING SEXUALLY EXPLICIT CONDUCT DEFINED IN 18 U.S.C. 2256(2).

12) DEFENDANT SHALL NOT ASSOCIATE WITH ANYONE THAT IS A KNOWN SEXUAL OFFENDER, EXCEPT IN A REGISTERED TREATMENT PROGRAM.

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
           Sheet 5 Criminal Monetary Penalties

DEFENDANT: EDWARD BROSKY                                      Judgment Page  6   of  7
CASE NUMBER: CR 08-130-JJF

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|        | Assessment | Fine     | Restitution |
|--------|------------|----------|-------------|
| TOTALS | $ 100.00   | $ WAIVED | $           |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
|   |   |   |   |

| TOTALS | $ | $ |
|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

   ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
           Sheet 6 Schedule of Payments

Judgment Page  7  of  7

**DEFENDANT:** EDWARD BROSKY
**CASE NUMBER:** CR 08-130-JJF

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A  ☒ Lump sum payment of $ 100.00 due immediately, balance due

  ☐ not later than _____ , or
  ☐ in accordance   ☐ C,   ☐ D,   ☐ E, or   ☐ F below; or

B  ☐ Payment to begin immediately (may be combined with  ☐ C,   ☐ D, or   ☐ F below); or

C  ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

   Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.